JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:     bundickj@gtlaw.com
           andersonel@gtlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ADVANCED LODGING CONCEPTS, INC.,<br><br>        Defendant. | Case No. 2:25-cv-01324-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF MOTION [ECF NOS. 5 and 6]**<br><br>**[First Request]** |

Pursuant to LR IA 6-1, IT IS HEREBY STIPULATED between Plaintiff Jetco Aero, LLC ("Jetco" or "Plaintiff") and Defendant Advanced Lodging Concepts, Inc. ("ALC") that Plaintiff shall have an one (1) additional week in which to file and serve its reply in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF Nos. 5 and 6], as fixed by LR 7-2(b), from Friday August 22, 2025, through and until Friday August 29, 2025. This is the first request to extend the time for this deadline. No hearing on the Motion has been set.

Good cause exists for this request. Plaintiff's counsel had to briefly leave the country, and Defendant's counsel is battling an illness. Given these circumstances, the Parties have agreed to continue this deadline (1) one week.

/ / /

/ / /

/ / /

The parties respectfully request that the Court enter an order approving this stipulation.

DATED this 21st day of August, 2025.

| **GREENBERG TRAURIG, LLP** | **SNELL AND WILMER, LLP** |
|---|---|
| /s/ Elliot T. Anderson | /s/ Richard C. Gordon |
| JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9722<br>ELLIOT ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email:   bundickj@gtlaw.com<br>            andersonel@gtlaw.com<br><br>*Attorneys for Plaintiff* | RICHARD C. GORDON, ESQ.<br>Nevada Bar No. 9036<br>CHRISTIAN P. OGATA, ESQ.<br>Nevada Bar No. 15612<br>1700 South Pavilion Center Drive, Suite 700<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Advanced Lodging Concepts, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 21, 2025