JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:  bundickj@gtlaw.com
        andersonel@gtlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC,<br><br>    Plaintiff<br><br>v.<br><br>ADVANCED LODGING CONCEPTS, INC.,<br><br>    Defendant | Case No. 2:25-cv-01324-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING ON DEFENDANT'S MOTION TO DISMISS [ECF NO. 11]**<br><br>**[First Request]**<br>[ECF No. 15] |

Pursuant to LR IA 6-1, IT IS HEREBY STIPULATED between Plaintiff Jetco Aero, LLC ("Jetco" or "Plaintiff") and Defendant Advanced Lodging Concepts, Inc. ("ALC" or "Defendant") that the remaining briefing deadlines regarding ALC's Motion to Dismiss ("Motion") [ECF No. 11], as fixed by LR 7-2(b), be extended by one (1) week. The new deadline for Plaintiff's opposition to the Motion will be September 2, 2025, and the new deadline for Defendant's reply will be September 9, 2025. No hearing on the Motion has been set.

Good cause exists for this request. Plaintiff's counsel had to briefly leave the country, and Defendant's counsel is battling an illness. Given these circumstances, the Parties have agreed to extend the remaining briefing deadlines by (1) one week.

/ / /

/ / /

/ / /

The parties respectfully request that the Court enter an order approving this stipulation.

DATED this 21st day of August, 2025.

| **GREENBERG TRAURIG, LLP** | **SNELL AND WILMER, LLP** |
|---|---|
| /s/ Elliot T. Anderson | /s/ Richard C. Gordon |
| JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9722<br>ELLIOT ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: bundickj@gtlaw.com<br>andersonel@gtlaw.com<br><br>*Attorneys for Plaintiff* | RICHARD C. GORDON, ESQ.<br>Nevada Bar No. 9036<br>CHRISTIAN P. OGATA, ESQ.<br>Nevada Bar No. 15612<br>1700 South Pavilion Center Drive, Suite 700<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Advanced Lodging Concepts, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 21, 2025