JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:       bundickj@gtlaw.com
                andersonel@gtlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC, | Case No. 2:25-cv-01324-CDS-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF MOTION [ECF NOS. 5 and 6]** |
| v. | |
| ADVANCED LODGING CONCEPTS, INC., | **[Second Request]** |
| Defendant. | |

Pursuant to LR IA 6-1, IT IS HEREBY STIPULATED between Plaintiff Jetco Aero, LLC ("Jetco" or "Plaintiff") and Defendant Advanced Lodging Concepts, Inc. ("ALC") that Plaintiff shall have an one (1) additional week in which to file and serve its reply in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF Nos. 5 and 6], as fixed by LR 7-2(b), from Friday August 29, 2025, through and until Friday September 5, 2025. This is the second request to extend the time for this deadline. No hearing on the Motion has been set.

Good cause exists for this request. Defendant's counsel is battling an illness and is experiencing logistical issues coordinating with his client located in France. Given these circumstances, the Parties have agreed to continue this deadline (1) one week.

/ / /

/ / /

/ / /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

The parties respectfully request that the Court enter an order approving this stipulation.

DATED this 29th day of August, 2025.

**GREENBERG TRAURIG, LLP**                    **SNELL AND WILMER, LLP**

  /s/ Elliot T. Anderson                              /s/ Richard C. Gordon
JACOB D. BUNDICK, ESQ.                    RICHARD C. GORDON, ESQ.
Nevada Bar No. 9722                            Nevada Bar No. 9036
ELLIOT ANDERSON, ESQ.                    CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 14025                          Nevada Bar No. 15612
**GREENBERG TRAURIG, LLP**           1700 South Pavilion Center Drive, Suite 700
10845 Griffith Peak Drive, Suite 600         Las Vegas, Nevada 89135
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*                            *Attorneys for Advanced Lodging Concepts, Inc.*


**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:   September 2, 2025

Page 2 of 2