JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:          bundickj@gtlaw.com
                    andersonel@gtlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JETCO AERO, LLC, | Case No. 2:25-cv-01324-CDS-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING ON DEFENDANT'S MOTION TO DISMISS [ECF NO. 11]** |
| v. | |
| ADVANCED LODGING CONCEPTS, INC., | **[Second Request]** |
| Defendant. | |

Pursuant to LR IA 6-1, IT IS HEREBY STIPULATED between Plaintiff Jetco Aero, LLC ("Jetco" or "Plaintiff") and Defendant Advanced Lodging Concepts, Inc. ("ALC" or "Defendant") that the remaining briefing deadlines regarding ALC's Motion to Dismiss ("Motion") [ECF No. 11], as fixed by LR 7-2(b), be extended by one (1) week. The new deadline for Plaintiff's opposition to the Motion will be September 9, 2025, and the new deadline for Defendant's reply will be September 16, 2025. This is the second request to extend the time for this deadline. No hearing on the Motion has been set.

Good cause exists for this request. Defendant's counsel is battling an illness and is experiencing logistical issues coordinating with his client located in France. Given these circumstances, the Parties have agreed to extend the remaining briefing deadlines by (1) one week.

/ / /

/ / /

/ / /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

The parties respectfully request that the Court enter an order approving this stipulation.

DATED this 29th day of August, 2025.

**GREENBERG TRAURIG, LLP**                **SNELL AND WILMER, LLP**

_/s/ Elliot T. Anderson_                  _/s/ Richard C. Gordon_
JACOB D. BUNDICK, ESQ.                     RICHARD C. GORDON, ESQ.
Nevada Bar No. 9722                        Nevada Bar No. 9036
ELLIOT ANDERSON, ESQ.                      CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 14025                       Nevada Bar No. 15612
10845 Griffith Peak Drive, Suite 600       1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135                    Las Vegas, Nevada 89135

_Attorneys for Plaintiff_                  _Attorneys for Advanced Lodging Concepts, Inc._

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: ___September 2, 2025___

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)