UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jetco Aero, LLC,

    Plaintiff

v.

Advanced Lodging Concepts, Inc.,

    Defendant

Case No. 2:25-cv-01324-CDS-EJY

**Order Granting Defendant's Motion to Dismiss and Denying Plaintiff's Motions for a Temporary Restraining Order and Preliminary Injunction**

[ECF Nos. 5, 6, 11]

    Plaintiff Jetco Aero, LLC brings this declaratory action against defendant Advanced Lodging Concepts, Inc. for breach of contract and specific performance. *See* Compl., ECF No. 1. Advanced Lodging Concepts filed a motion to dismiss this action. Mot., ECF No. 11. The parties filed two separate stipulations, seeking an extension of time to file a response, which both were granted. *See* Orders, ECF Nos. 17, 21. Following the second extension, the deadline to respond was September 9, 2025. ECF No. 21. That deadline passed without any response, leaving the motion to dismiss unopposed.

    Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem the plaintiff's failure to respond to the motion to dismiss as consent to granting the motion. So the motion to dismiss is granted. Because the action is now dismissed, plaintiff's motions for a temporary restraining order and preliminary injunction are moot.

**Conclusion**

    IT IS HEREBY ORDERED that the defendant's motion to dismiss **[ECF No. 11] is GRANTED**, therefore this case is dismissed without prejudice.

IT IS FURTHER ORDERED that the plaintiff's motions for a temporary restraining order [ECF No. 5] and preliminary injunction [ECF No. 6] are **DENIED as moot.**

The Clerk of Court is kindly directed to close this case.

Dated: September 18, 2025

_____
Cristina D. Silva
United States District Judge