Richard C. Gordon
Nevada Bar No. 9036
Christian P. Ogata
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
rgordon@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant Advanced Lodging Concepts, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JETCO AERO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED LODGING CONCEPTS, INC., a Delaware corporation; DOES 1 through 20; nd ROE BUSINESS ENTITIES 1-20,<br><br>Defendants. | Case No. 2:25-cv-01324-CDS-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff Jetco Aero, LLC and defendant Advanced Lodging Concepts, Inc. stipulate to extend Defendant's deadline to respond to Plaintiff's first amended complaint to October 30, 2025.

1. On October 3, 2025, the magistrate judge signed the parties' stipulation to permit Plaintiff to file a first amended complaint in this matter within 7 days after entry of the order.

2. Plaintiff filed its first amended complaint on October 6, 2025, making Defendant's responsive pleading deadline October 20, 2025.

3. Given the additional claims contained in Plaintiff's amended complaint and Defendant's counsel's unavailability during last week, Defendant requires an additional 10 days to file its responsive pleading.

4. The parties have agreed to the extension requested. The extension is sought in good faith and not for the purpose of delay.

- 1 -

4939-1328-1396

Thus, the parties request that this Court grant the stipulation and permit Defendant up to and including October 30, 2025, to file its response to the amended complaint.

IT IS SO STIPULATED.

DATED this 20th day of October, 2025.

| **GREENBERG TRAURIG, LLP** | **SNELL AND WILMER, LLP** |
|---|---|
| /s/ Elliot Anderson<br>JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9722<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>ELLIOT ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: bundickj@gtlaw.com<br>andersonel@gtlaw.com<br><br>DERRICK J. HAHN, ESQ.<br>(*Admitted Pro Hac Vice*)<br>9330 LBJ Freeway, Suite 900<br>Dallas, Texas 75243<br>*Attorneys for Plaintiff* | /s/ Christian P. Ogata<br>RICHARD C. GORDON, ESQ.<br>Nevada Bar No. 9036<br>CHRISTIAN P. OGATA, ESQ.<br>Nevada Bar No. 15612<br>1700 South Pavilion Center Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Attorneys for Advanced Lodging Concepts, Inc.* |

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties stipulation is GRANTED. Defendant shall have up to and including October 30, 2025, to respond to the amended complaint.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2025

4939-1328-1396