Richard C. Gordon
Nevada Bar No. 9036
Christian P. Ogata
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
rgordon@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant Advanced Lodging Concepts, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED LODGING CONCEPTS, INC., a Delaware corporation; DOES 1 through 20; nd ROE BUSINESS ENTITIES 1-20,<br><br>Defendants. | Case No. 2:25-cv-01324-CDS-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Third Request)** |

Plaintiff Jetco Aero, LLC and defendant Advanced Lodging Concepts, Inc. stipulate to extend Defendant's deadline to respond to Plaintiff's first amended complaint to November 14, 2025.

1. On October 30, 2025, the magistrate judge signed the parties' stipulation extending ALC's deadline to respond to Plaintiff's amended complaint to November 7, 2025.

2. As noted in the prior stipulation, while ALC will continue to be represented by Snell & Wilmer, the handling attorney for ALC will be changing in this matter. ALC recently finalized that transition, but requires additional time to respond to Plaintiff's amended complaint.

3. Given the additional claims contained in Plaintiff's amended complaint and the changing of the handling attorney in this matter, Defendant requires an additional 8 days to file its responsive pleading.

- 1 -

4901-2743-1544

4. The parties have agreed to the extension requested. The extension is sought in good faith and not for the purpose of delay.

Thus, the parties request that this Court grant the stipulation and permit Defendant up to and including November 14, 2025, to file its response to the amended complaint.

IT IS SO STIPULATED.

DATED this 7th day of November, 2025.

| GREENBERG TRAURIG, LLP | SNELL AND WILMER, LLP |
|---|---|
| /s/ Elliot Anderson | /s/ Christian P. Ogata |
| JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9722<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>ELLIOT ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: bundickj@gtlaw.com<br>andersonel@gtlaw.com<br><br>DERRICK J. HAHN, ESQ.<br>(*Admitted Pro Hac Vice*)<br>9330 LBJ Freeway, Suite 900<br>Dallas, Texas 75243<br>*Attorneys for Plaintiff* | RICHARD C. GORDON, ESQ.<br>Nevada Bar No. 9036<br>CHRISTIAN P. OGATA, ESQ.<br>Nevada Bar No. 15612<br>1700 South Pavilion Center Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Attorneys for Advanced Lodging Concepts, Inc.* |

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the parties stipulation is GRANTED. Defendant shall have up to and including November 14, 2025, to respond to the amended complaint.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: November 7, 2025

- 2 -

4901-2743-1544