1  John S. Delikanakis
   Nevada Bar No. 5928
2  Christian P. Ogata
   Nevada Bar No. 15612
3  SNELL & WILMER L.L.P.
   1700 South Pavilion Center Drive, Suite 700
4  Las Vegas, Nevada 89135
   Telephone: 702.784.5200
5  jdelikanakis@swlaw.com
   cogata@swlaw.com
6
7  *Attorneys for Defendant Advanced Lodging Concepts, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JETCO AERO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED LODGING CONCEPTS, INC., a Delaware corporation; DOES 1 through 20; nd ROE BUSINESS ENTITIES 1-20,<br><br>Defendants. | Case No. 2:25-cv-01324-CDS-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Fourth Request)** |

Plaintiff Jetco Aero, LLC and defendant Advanced Lodging Concepts, Inc. stipulate to extend Defendant's deadline to respond to Plaintiff's first amended complaint to November 21, 2025.

1. On October 10, 2025, the Magistrate Judge signed the parties' stipulation extending ALC's deadline to respond to Plaintiff's amended complaint to November 14, 2025.

2. As noted in the parties' prior stipulations, while ALC will continue to be represented by Snell & Wilmer, the handling attorney for ALC has changed in this matter.

3. Given the additional claims contained in Plaintiff's amended complaint and the changing of the handling attorney in this matter, Defendant requires an additional seven days to file its responsive pleading.

4. The parties have agreed to the extension requested. The extension is sought in good faith and not for the purpose of delay.

- 1 -

4913-6496-2682

1    Thus, the parties request that this Court grant the stipulation and permit Defendant up to and
2    including November 21, 2025, to file its response to the amended complaint.
3    IT IS SO STIPULATED.
4    DATED November 14, 2025.

**GREENBERG TRAURIG, LLP**

   /s/Elliot Anderson
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:    bundickj@gtlaw.com
          andersonel@gtlaw.com

DERRICK J. HAHN, ESQ.
(*Admitted Pro Hac Vice*)
9330 LBJ Freeway, Suite 900
Dallas, Texas 75243
*Attorneys for Plaintiff*

**SNELL AND WILMER, LLP**

   /s/ Christian P. Ogata
JOHN S. DELIKANAKIS, ESQ.
Nevada Bar No. 5928
CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 15612
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Advanced Lodging Concepts, Inc.*

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties stipulation is GRANTED. Defendant shall have up to and including November 21, 2025, to respond to the amended complaint.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 14, 2025

- 2 -

4913-6496-2682