JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel:   (702) 792-3773
Fax:   (702) 792-9002
Email: bundickj@gtlaw.com
       swanise@gtlaw.com
       andersonel@gtlaw.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ADVANCED LODGING CONCEPTS, INC.,<br><br>  Defendant. | Case No. 2:25-cv-01324-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO ADVANCED LODGING CONCEPTS, INC.'S COUNTERCLAIM [ECF NO. 41]**<br><br>**[First Request]** |

Pursuant to LR IA 6-1, IT IS HEREBY STIPULATED between Plaintiff Jetco Aero, LLC ("Jetco" or "Plaintiff") and Defendant Advanced Lodging Concepts, Inc. ("ALC" or "Defendant" or "Counterclaimant") that the deadline to respond ALC's Counterclaim ("Counterclaim") [ECF No. 41], be extended by one (1) week.  The current deadline for Jetco's Response to the Counterclaim is December 12, 2025, and the new deadline will be December 19, 2025.  This is the first request.

Good cause exists for this request. The Parties have been considering alternative dispute resolution during the time to respond to the Counterclaim, and the Thanksgiving holiday also came during the time to respond to the Counterclaim.  What's more, this case involves out-of-state parties and attorneys, in different time zones, making communication more difficult than normal.  Given these circumstances, the Parties have agreed to this extension.

/ / /

/ / /

The parties respectfully request that the Court enter an order approving this stipulation.

DATED this 11th day of December, 2025.

**GREENBERG TRAURIG, LLP**

    */s/ Elliot T. Anderson*    
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

DERRICK J. HAHN, ESQ.
(*Admitted Pro Hac Vice*)
9330 LBJ Freeway, Suite 900
Dallas, Texas 75243
*Attorneys for Plaintiff*

**SNELL AND WILMER, LLP**

    */s/ Christian P. Ogata*    
JOHN S. DELIKANAKIS
Nevada Bar No. 5928
CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 15612
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Advanced Lodging Concepts, Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:  December 11, 2025