John S. Delikanakis
Nevada Bar No. 5928
Christian P. Ogata
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
jdelikanakis@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant Advanced Lodging
Concepts, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED LODGING CONCEPTS, INC., a Delaware corporation; DOES 1 through 20; and ROE BUSINESS ENTITIES 1-20,<br><br>Defendants. | Case No. 2:25-cv-01324-CDS-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT UNDER RULE 15(A)(2)**<br><br>**(First Request)** |

Plaintiff Jetco Aero, LLC and defendant Advanced Lodging Concepts, Inc. ("ALC") stipulate to extend ALC's deadline to respond to Plaintiff's motion to amend complaint to April 7, 2026.

1.     Plaintiff filed its original complaint in this matter on July 21, 2025, which ALC moved to dismiss. Eventually, Jetco amended its complaint in October 2025. Plaintiff now seeks to amend its complaint to add a fraud claim and demand for punitive damages.

2.     Plaintiff filed its motion to amend complaint on March 10, 2026, making Defendant's responsive pleading deadline March 24, 2026.

3.     Due to the nature of the motion and proposed amendment, ACL requires an additional 14 days to file its response.

4.     The parties have agreed to the extension requested. The extension is sought in good faith and not for the purpose of delay.

- 1 -

Thus, the parties request that this Court grant the stipulation and permit ALC up to and including April 7, 2026, to file its response to the motion to amend complaint.

IT IS SO STIPULATED.

DATED this 23rd day of March, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Elliot Anderson*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

DERRICK J. HAHN, ESQ.
(*Admitted Pro Hac Vice*)
9330 LBJ Freeway, Suite 900
Dallas, Texas 75243
*Attorneys for Plaintiff*

DATED this 23rd day of March, 2026.

**SNELL AND WILMER, LLP**

*/s/ Christian Ogata*
John S. Delikanakis
Nevada Bar No. 5928
Christian P. Ogata
Nevada Bar No. 15612
Snell & Wilmer L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. Defendant shall have up to and including April 7, 2026, to respond to the motion to amend complaint.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 24, 2026

- 2 -