JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:     bundickj@gtlaw.com
            swanise@gtlaw.com
            andersonel@gtlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>ADVANCED LODGING CONCEPTS, INC.,<br><br>                    Defendant. | Case No. 2:25-cv-01324-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO AMEND COMPLAINT [56] AND OPPOSITION TO DEFENDANT'S [57] MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[First Request]** |

Pursuant to LR IA 6-1, IT IS HEREBY STIPULATED between Plaintiff Jetco Aero, LLC ("Jetco" or "Plaintiff") and Defendant Advanced Lodging Concepts, Inc. ("ALC" and collectively with Plaintiff, the "Parties") that Plaintiff shall have an two (2) additional weeks in which to file its Reply to Defendant's Opposition to Plaintiff's Motion to Amend Complaint Under Rule 15(A)(2), filed April 8, 2026 [ECF No. 56] (the "Reply" and "Opposition" respectively) and its Opposition to Defendant's Motion for Partial Summary Judgment, filed April 8, 2026, [ECF No. 57] (the "Opposition" and "Partial MSJ" respectively).  This is the first request to extend the times for these deadlines.  No hearing on either motion has been set.

    1.    Plaintiff filed its Motion to Amend on March 10, 2026 [ECF No. 49].  On April 8, 2026, Defendant opposed the motion.  Via minute order, the Court set the deadline for Plaintiff to Reply to the Opposition on April 15, 2026.  *See* Not. of Electronic Filing of ECF No. 56.

/ / /

Page 1 of 2

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

2.    Plaintiff seeks 14 additional days to file its Reply to the Opposition, until April 29, 2026, to fully address and respond to Defendant's Opposition, due to the nature of the Opposition and Plaintiff's counsel's availability.  Thus, good cause exists for this extension.  The Parties agreed to the extension, and it is sought in good faith and not for delay.

3.    On April 8, 2026, Defendant filed its Partial MSJ, making Plaintiff's deadline to respond April 29, 2026.  *See* Not. of Electronic Filing of ECF No. 57.  Plaintiff seeks an additional 14 days to respond to the Partial MSJ, for the same reasons noted above, until May 13, 2026.  Thus, good cause exists for this extension, and the extension is sought in good faith and not for the purpose of delay.  The Parties likewise agreed to the extension.

4.    The parties respectfully request that the Court enter an order approving this stipulation.

DATED this 14th day of April, 2026.

**GREENBERG TRAURIG, LLP**

/s/ Elliot T. Anderson
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**SNELL AND WILMER, LLP**

/s/ Christian P. Ogata
JOHN S. DELIKANAKIS, ESQ.
Nevada Bar No. 5928
CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 15612
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendant*

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED.  Plaintiff's deadline to (1) file its Reply to the Opposition to the Motion to Amend [ECF No. 56] shall be extended to April 29, 2026, and (2) respond to the Partial MSJ [ECF No. 57] shall be extended until May 13, 2026.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:    April 15, 2026

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)