JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:      bundickj@gtlaw.com
            swanise@gtlaw.com
            andersonel@gtlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC, | Case No. 2:25-cv-01324-CDS-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO AMEND COMPLAINT [56]** |
| v. | |
| ADVANCED LODGING CONCEPTS, INC., | |
| Defendant. | **[Second Request]** |

Pursuant to LR IA 6-1, IT IS HEREBY STIPULATED between Plaintiff Jetco Aero, LLC ("Jetco" or "Plaintiff") and Defendant Advanced Lodging Concepts, Inc. ("ALC" and collectively with Plaintiff, the "Parties") that Plaintiff shall have one (1) additional week in which to file its Reply to Defendant's Opposition to Plaintiff's Motion to Amend Complaint Under Rule 15(A)(2), filed April 8, 2026 [ECF No. 56] (the "Reply" and "Opposition" respectively). This is the second request to extend the time for this deadline. No hearing has been set.

1.      Plaintiff filed its Motion to Amend ("Motion") on March 10, 2026 [ECF No. 49]. On April 8, 2026, Defendant filed its opposition to the Motion. Via minute order, the Court set April 15, 2026 as the deadline for Plaintiff to file its Reply. *See* Not. of Electronic Filing of ECF No. 56.

2.      Plaintiff sought 14 additional days to file its Reply, until April 29, 2026, to fully address and respond to Defendant's Opposition, due to the nature of the Opposition and Plaintiff's counsel's availability.

Page 1 of 2

3.      Plaintiff seeks 7 additional days to file its Reply, until May 6, 2026, to fully address and respond to Defendant's Opposition, due to the nature of the Opposition, the importance of the issues raised, Plaintiff's counsel's availability, and logistics involving international client representatives.  Thus, good cause exists for this extension.  The Parties have agreed to the extension, and it is sought in good faith and not for delay.

4.      The Parties respectfully request that the Court enter an order approving this stipulation.

DATED this 27th day of April, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Elliot T. Anderson*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**SNELL AND WILMER, LLP**

*/s/ John S. Delikanakis*
JOHN S. DELIKANAKIS, ESQ.
Nevada Bar No. 5928
CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 15612
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendant*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED.  Plaintiff's deadline to file its Reply to the Opposition to the Motion to Amend [ECF No. 56] shall be extended to May 6, 2026.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:  April 27, 2026