JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:     bundickj@gtlaw.com
           swanise@gtlaw.com
           andersonel@gtlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC,<br><br>              Plaintiff<br><br>v.<br><br>ADVANCED LODGING CONCEPTS, INC.,<br><br><br>              Defendant | Case No. 2:25-cv-01324-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT'S [57] MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[Second Request]**<br><br>[ECF No. 65] |

Pursuant to LR IA 6-1, IT IS HEREBY STIPULATED between Plaintiff Jetco Aero, LLC ("Jetco" or "Plaintiff") and Defendant Advanced Lodging Concepts, Inc. ("ALC" or "Defendant" and collectively with Plaintiff, the "Parties") that Plaintiff shall have an additional week in which to file its Opposition to Defendant's Motion for Partial Summary Judgment, filed April 8, 2026 [ECF No. 57] (the "Partial MSJ"). This is the second request to extend the time for this deadline. Additionally, the Parties stipulate and agree that Defendant shall have until June 10, 2026, to file its reply in support of the Partial MSJ. No hearing has been set on the Partial MSJ.

1.      On April 8, 2026, Defendant filed its Partial MSJ, making Plaintiff's deadline to respond April 29, 2026. *See* Not. of Electronic Filing of ECF No. 57. Plaintiff sought and was granted an additional 14 days to respond to the Partial MSJ until May 13, 2026.

/ / /

/ / /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

2.     The Parties now agree and stipulate to seven additional days for Plaintiff to file its Opposition, until May 20, 2026, to fully address and respond to Defendant's Partial MSJ and account for logistics involving international client representatives.

3.     The Parties also agree and stipulate that Defendant shall have until June 10, 2026, to file their Reply in Support of their Partial MSJ, slightly outside the ordinary time to file a reply in support of a motion, to accommodate the availability of Defendants' counsel who has preexisting and unchangeable travel commitments during the period.

4.     Thus, good cause exists for this extension, and the extension is sought in good faith and not for the purpose of delay.

5.     The parties respectfully request that the Court enter an order approving this stipulation.

DATED this 12th day of May, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Elliot T. Anderson*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**SNELL AND WILMER, LLP**

*/s/ Christian P. Ogata*
JOHN S. DELIKANAKIS, ESQ.
Nevada Bar No. 5928
CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 15612
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendant*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation **[ECF No. 65] is APPROVED.** Plaintiff's deadline to respond to the motion for partial summary judgment [ECF No. 57] is extended up through and including May 20, 2026. Defendant's deadline to reply in support of the motion is June 10, 2026.

UNITED STATES DISTRICT JUDGE

DATED: __May 14, 2026__

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)