John S. Delikanakis
Nevada Bar No. 5928
Christian P. Ogata
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
jdelikanakis@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant Advanced Lodging
Concepts, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JETCO AERO, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED LODGING CONCEPTS, INC., a Delaware corporation; DOES 1 through 20; and ROE BUSINESS ENTITIES 1-20, <br><br> Defendants. | Case No. 2:25-cv-01324-CDS-EJY <br><br><br> **Stipulation and Proposed Order to Extend Discovery Deadlines** <br><br> **(Second Request)** |

Plaintiff Jetco Aero, LLC and Defendant Advanced Lodging Concepts, Inc. stipulate to extend discovery deadlines in this matter.

**I.    Discovery completed to date**

The parties have served their initial disclosures, which Plaintiff has supplemented 4 times, and which ALC has supplemented 5 times. The parties have each served two sets of written discovery. ALC's responses to Jetco's second set of requests for production of documents are due July 31, 2026. The parties have conducted fact witness depositions of Chris Grinnell and Jordan Grant and have scheduled an additional 10 depositions over the next month.

The parties have each served third-party subpoenas for documents.

- 1 -

4907-6736-2748

Jetco served an initial expert witness disclosure. ALC served a rebuttal expert witness disclosure, which it intends to supplement with additional witnesses on July 17, 2026, as agreed to by the parties and as requested in this stipulation below.

**II.    Discovery to be completed**

- ALC's responses to Jetco's second set of requests for production
- Supplemental disclosures
- Fact witness depositions
- Party depositions
- Expert depositions
- Additional rebuttal expert disclosures

**III.    Reasons that the remaining discovery will not be completed within the time limits set by the discovery plan**

Since the Court's scheduling order on January 6, 2026, the Parties have diligently engaged in discovery in a good faith attempt to complete discovery within the time periods set by the Court. The parties have endeavored to complete all discovery within the allotted time, but need additional time for rebuttal expert witness disclosures and to resolve outstanding discovery disputes and are hopeful they can do so without court intervention.

As previously noted in the parties' first request to extend discovery deadlines, most witnesses, including party and non-party witnesses, reside outside Nevada and maintain relevant documents outside Nevada (including internationally), causing some communication challenges given varied time zones.

Additionally, ALC needs additional time to submit one of its rebuttal expert witness reports. Thus, good cause to extend the scheduling order, particularly because the Parties are requesting a relatively minimal thirty-day extension.

**IV.    Proposed schedule for completing all remaining discovery**

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Rebuttal Expert Disclosures | July 10, 2026 | July 17, 2026 |
| Close of Discovery | August 7, 2026 | September 7, 2026 |
| Dispositive Motions | September 7, 2026 | October 7, 2026 |

4907-6736-2748

Thus, the parties request that this Court grant the stipulation and extend the discovery deadline by 30 days.

IT IS SO STIPULATED.

DATED this 10th day of July, 2026.

**GREENBERG TRAURIG, LLP**                    **SNELL AND WILMER, LLP**

   _/s/ Elliot Anderson_                            _/s/ Christian Ogata_
JACOB D. BUNDICK, ESQ.                    JOHN S. DELIKANAKIS, ESQ.
Nevada Bar No. 9722                       Nevada Bar No. 5928
ERIC W. SWANIS, ESQ.                     CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 6840                      Nevada Bar No. 15612
ELLIOT ANDERSON, ESQ.                    1700 South Pavilion Center Drive, Suite 700
Nevada Bar No. 14025                     Las Vegas, Nevada 89135
10845 Griffith Peak Drive, Suite 600     _Attorneys for Advanced Lodging Concepts,_
Las Vegas, Nevada 89135                  _Inc._
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:      bundickj@gtlaw.com
            andersonel@gtlaw.com

DERRICK J. HAHN, ESQ.
(_Admitted Pro Hac Vice_)
9330 LBJ Freeway, Suite 900
Dallas, Texas 75243
_Attorneys for Plaintiff_

                          **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the parties stipulation is GRANTED. The deadlines in this matter shall be extended as follows:

- Rebuttal expert disclosures: July 17, 2026

- Close of discovery: September 7, 2026

- Dispostive motions: October 7, 2026

                    **IT IS SO ORDERED:**

                    _____
                    UNITED STATES MAGISTRATE JUDGE

                    DATED: _____July 10, 2026_____

- 3 -

4907-6736-2748