JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
swanise@gtlaw.com
andersonel@gtlaw.com
*Attorneys for Plaintiff*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JETCO AERO, LLC,<br>Plaintiff<br>v.<br>ADVANCED LODGING CONCEPTS, INC.,<br>Defendant | Case No. 2:25-cv-01324-CDS-EJY<br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [First Request]**<br>[ECF No. 76] |

Pursuant to LR IA 6-1, IT IS HEREBY STIPULATED between Plaintiff Jetco Aero, LLC ("Jetco" or "Plaintiff") and Defendant Advanced Lodging Concepts, Inc. ("ALC" and collectively with Plaintiff, the "Parties") that Plaintiff shall have one (1) additional week in which to file its Objection, pursuant to Federal Rule of Civil Procedure 72(a), to the Magistrate Judge's Report and Recommendations [ECF No. 71], filed July 10, 2026, regarding Plaintiff's Motion to Amend Complaint Under Rule 15(A)(2), [ECF No. 49]. This request is the first request to extend the time for this deadline, which is currently July 24, 2026.

1. Plaintiff filed its Motion to Amend ("Motion") on March 10, 2026 [ECF No. 49]. After briefing, the Magistrate Judge filed the Report and Recommendations on July 10, 2026 [ECF No. 71].

2. Plaintiff seeks one (1) additional week to file its Objection, until July 31, 2026, to fully address and respond to the Magistrate Judge's Report and Recommendations, given the

importance of the issues raised, Plaintiff's counsel's availability, ongoing discovery occurring in the case, and communication challenges and logistics involving international client representatives. Thus, good cause exists for this extension. The Parties have agreed to the extension, and it is sought in good faith and not for delay.

3. The Parties respectfully request that the Court enter an order approving this stipulation.

DATED this 24th day of July, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Elliot T. Anderson*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
ERIC W. SWANIS
Nevada Bar No. 6840
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**SNELL AND WILMER, LLP**

*/s/John S. Delikanakis*
JOHN S. DELIKANAKIS, ESQ.
Nevada Bar No. 5928
CHRISTIAN P. OGATA, ESQ.
Nevada Bar No. 15612
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendant*

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation **[ECF No. 76] is APPROVED** nunc pro tunc. Plaintiff's deadline to file its objection to the magistrate judge's report and recommendation [ECF No. 71] is extended to July 31, 2026.

UNITED STATES DISTRICT JUDGE

DATED: July 27, 2026

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)