Stewart C. Fitts (5635)
Hannah R. Rogers (16615)
**HUTCHISON & STEFFEN, PLLC**
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sfitts@hutchlegal.com
hrogers@hutchlegal.com

*Attorneys for Defendant and Counterclaimant*
*Advanced Lodging Concepts, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JETCO AERO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED LODGING CONCEPTS, INC., a Delaware corporation; DOES 1 through 20; and ROE BUSINESS ENTITIES 1-20,<br><br>Defendants. | Case No. 2:25-cv-01324-CDS-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |
| ADVANCED LODGING CONCEPTS, INC. a Delaware corporation,<br><br>Counterclaimant<br><br>vs.<br><br>JETCO AERO, LLC, a Nevada limited liability company,<br><br>Counter-defendant. | |

Advanced Lodging Concepts, Inc. hereby substitutes Stewart C. Fitts and Hannah R. Rogers of Hutchison & Steffen, PLLC, 10080 W. Alta Drive, Suite 200, Las Vegas, Nevada 89145, 702-787-2500, as attorney of record in place and stead of John S. Delikanakis, Joe

Layzell, and Christian P. Ogata of Snell & Wilmer L.L.P.

DATED: 9/29/2026

Signed by:
B8CA5EBB921943F...
Jon Oksenholt
On behalf of Advanced Lodging Concepts, Inc.

I consent to the above substitution.

DATED: September 24, 2026

*/s/ John S. Delikanakis*
John S. Delikanakis (5928)

*/s/ Christian P. Ogata*
Christian P. Ogata (15612)

*/s/ Joseph Layzell*
Joseph Layzell (Pro Hac Vice)

I am duly admitted to practice in this District. Above substitution accepted.

DATED: September 29, 2026

*/s/ Stewart C. Fitts*
Stewart C. Fitts (5635)

*/Hannah R. Rogers*
Hannah R. Rogers (16615)

Please check one: X RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: October 1, 2026

UNITED STATES MAGISTRATE JUDGE



4920-8317-6403